IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MICHAEL CONNELLY,**
    **Petitioner,**

**vs.**	**Case No. 5:09cv400/RS/MD**

**WALTER A. MCNEIL,**
    **Respondent.**

---

### O R D E R

This cause is before the court upon petitioner filing a petition for writ of habeas corpus under 28 U.S.C. § 2254 (doc. 1) and a motion for leave to proceed *in forma pauperis* (doc. 2). Petitioner is currently incarcerated at Gulf Correctional Institution in Wewahitchka, Florida. He challenges his 2004 criminal conviction for first degree murder entered by the Circuit Court of Pinellas County, Florida. Pursuant to 28 U.S.C. § 2241(d), the court considers it to be in the interest of justice to transfer this case to the United States District Court for the Middle District of Florida, which is the district within which the state court was held which convicted and sentenced petitioner.

Accordingly, it is therefore ORDERED:

The clerk shall transfer this case to the United States District Court for the Middle District of Florida.

DONE AND ORDERED this 29th day of December, 2009.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**